450 F.2d 950
 Tony WILLIS, Petitioner-Appellant,
v.
J. J. CLARK, Warden, et al., Respondent-Appellee.
 No. 71-1941 Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Nov. 30, 1971.
 
 Tony Willis, pro se.
 John W. Stokes, Jr., U. S. Atty., Charles A. Pannell, Jr., Atlanta, Ga., for respondent-appellee.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 
 1
 Affirmed. See Local Rule 21.*
 
 
 
 *
 Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I
 
 
 *
 See N.L.R.B. v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966